Ahren A. Tiller, Esq. (State Bar No.: 250608)
Bankruptcy Law Center, APC
1230 Columbia St., Suite 1100
San Diego, CA 92101
Phone: (800) 492-4033
Fax:     (866) 444-7026
E-mail: ahren.tiller@blc-sd.com

Attorney for Appellant
TRUMAN W. THOMPSON

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUMAN W. THOMPSON,<br><br>Appellant,<br><br>v.<br><br>C&W DIVING SERVICES, INC.<br><br>Appellee. | USDC Appeal No. 3:13-cv-00994-BEN-NLS<br><br>Lead Bankruptcy Case No. 11-20451-LT7<br><br>Adversary Proceeding Case No. 12-90098-LT<br><br>**APPELLANT TRUMAN W. THOMPSON'S NOTICE OF APPEAL** |

Notice is hereby given that TRUMAN W. THOMPSON, Bankruptcy Appellant and Defendant in the above-referenced action hereby appeals to the United States Court of Appeals for the Ninth Circuit from this District Court's final order of March 7, 2013, in which the District Court affirmed the Appeal of the Bankruptcy Court's Order regarding (1) Striking Defendant's Answer; and (2) Directing Entry of Default in favor of Appellee and Plaintiff C&W DIVING SERVICES, INC., and directed the Clerk to enter judgment accordingly.

1 | Copies of the Bankruptcy Court's Order and the District Court's Final Order
2 | affirming said Order from which this appeal is taken are attached as Exhibits A and B,
3 | respectively.

**Bankruptcy Law Center, APC**

Date:   March 28, 2013                    /s/ Ahren Tiller_____
                                          AHREN A. TILLER
                                          Attorney for Appellant
                                          Truman W. Thompson